IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-CV-162-RAH |
| | ) |
| KAY IVEY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

On July 15, 2024, the Magistrate Judge recommended this case should be dismissed without prejudice. On July 26, 2024, Plaintiff Peter J. Smith filed Objections (Doc. 12) to the Recommendation (Doc. 11).

When a party objects to a Magistrate Judge's Report and Recommendation, the district court must review the disputed portions *de novo.* 28 U.S.C. § 636(b)(1). The district court "may accept, reject, or modify the recommended disposition; receive further evidence; or resubmit the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b)(3). *De novo* review requires that the district court independently consider factual issues based on the record. *Jeffrey S. ex rel. Ernest S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990). *See also United States v. Gopie,* 347 F. App'x 495, 499 n.1 (11th Cir. 2009). However, objections to the Magistrate Judge's Report and Recommendation must be sufficiently specific in

order to warrant *de novo* review. *See Macort v. Prem, Inc.,* 208 F. App'x 781, 783-85 (11th Cir. 2006). Otherwise, a Report and Recommendation is reviewed for clear error. *Id.*

Smith objects to the Magistrate Judge's Recommendation.  He argues the allegations in the Complaint (Doc. 1) set forth violations of his civil and/or constitutional rights.  As discussed in the Recommendation, the problem is that the allegations are vague and conclusory and the Plaintiff did not file an Amended Complaint within the deadline as instructed by the Court (*see* Doc. 10, *Order*).

Upon this Court's independent review of the record, including the Plaintiff's pleadings, the Magistrate Judge's Recommendation, and the Plaintiff's Objections, it is

ORDERED that the Objections (Doc. 12) are OVERRULED, the Magistrate Judge's Recommendation (Doc. 11) is ADOPTED, and this case is DISMISSED without prejudice.

A final judgment will be filed separately.

DONE, on this the 31st day of July 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE